When the trial is before the court without the intervention of a jury, it will be presumed that he ignored any inadmissible evidence. Widener v. State, 159 Tex.Cr.R. 257, 262 S.W.2d 401; Martin v. State, 160 Tex.Cr.R. 364, 271 S.W.2d 279; and Arnold v. State, 161 Tex.Cr.R. 344, 277 S.W.2d 106.

Finding no reversible error, the judgment of the trial court is affirmed.

### Ex parte Dale K. SCHOOLER.

No. 29336.

Court of Criminal Appeals of Texas.

Dec. 11, 1957.

George S. McCarthy, Amarillo, for appellant.

Wayne Bagley, Dist. Atty., Amarillo, Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

This is an extradition proceeding. Relator has filed a motion to dismiss the same as moot. The State joins in the motion, and it is granted.

The appeal is dismissed.